| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Bucklew, Susan C. | 2. Court or Organization U.S. Dist. Ct. Mid. Dist.Fl. | 3. Date of Report 05/3/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge-Senior Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/1/2018 to 12/31/2018 |

7. Chambers or Office Address

Sam M. Gibbons U.S. Courthouse
801 N. Florida Ave
Tampa, Fl. 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Revocable Trust (See Part VII line 2) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | State of Florida---Judicial Retirement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C. | 05/3/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | State of Florida---Division of Retirement | $51,821.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | American Express | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C. | 05/3/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cawthon Oil Co.--stock | D | Distribution | | | | | | | |
| 2. Revocable Trust #1 (H) | | | | | | | | | |
| 3. ---Rental Property Tampa Florida Assessed Value $422,173 | D | Rent | N | S | | | | | |
| 4. ---Pimco Dynamic Income Fund (PDI) | C | Dividend | K | T | | | | | |
| 5. ---Powershares Preferred Port (PGX) | A | Dividend | | | Merged (with line 6) | 06/05/18 | K | | |
| 6. ---Invesco Preferred ETF (PGX) | A | Dividend | K | T | | | | | |
| 7. ---Clearbridge Large Cap Gwth C (SLCCX) | C | Dividend | K | T | | | | | |
| 8. ---Nebraska Pub Pwr Dist Genl Rev-D (Bond) | A | Interest | K | T | | | | | |
| 9. ----Tampa Fla Non-Ad Valorem Re Oid (Bond) | A | Interest | K | T | | | | | |
| 10. Morgan Stanley Bank--cash account | A | Interest | K | T | Buy (add'l) | 02/05/18 | J | | |
| 11. | | | | | Sold (part) | 12/04/18 | J | | |
| 12. | | | | | Sold (part) | 12/31/18 | J | | |
| 13. O'Shares FTSE US Quality Div (OUSA) | A | Dividend | J | T | | | | | |
| 14. IRA (H) | | | | | | | | | |
| 15. ---Franklin Templeton Founding FD Allocation Fund CL A (FFALX) | A | Dividend | | | Sold | 07/03/18 | L | | |
| 16. ---Hartford Checks and Balances Fund CL A (HCKAX) | E | Dividend | | | Sold | 07/03/18 | N | | |
| 17. ---Morgan Stanley Private Bank--cash account | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---Clearbridge Large Cap Growth | A | Dividend | L | T | Buy | 07/06/18 | L | | |
| 19. ---Eaton Vance Floating Rate I (EIBLX) | B | Dividend | L | T | Buy | 07/06/18 | L | | |
| 20. | | | | | Sold (part) | 12/17/18 | J | | |
| 21. ---Invesco Premier Inst (IPPXX) | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 22. | | | | | Sold (part) | 12/17/18 | J | | |
| 23. ---John Hancock Intl Growth Fd (GOGIX) | A | Dividend | L | T | Buy | 07/06/18 | L | | |
| 24. | | | | | Sold (part) | 12/17/18 | J | | |
| 25. ---JP Morgan Equity Income Select (HLIEX) | A | Dividend | L | T | Buy | 07/06/18 | L | | |
| 26. | | | | | Sold (part) | 12/17/18 | J | | |
| 27. ---Lazard US EQ Concentrd Inst (LEVIX) | A | Dividend | L | T | Buy | 07/06/18 | L | | |
| 28. | | | | | Sold (part) | 12/17/18 | J | | |
| 29. ---FT-Preferred Secur & Inc ETF (FPE) | B | Dividend | L | T | Buy | 07/06/18 | L | | |
| 30. | | | | | Sold (part) | 12/17/18 | J | | |
| 31. ACF/ U/FL/UTMA (H) | | | | | | | | | |
| 32. ---Vanguard 500 INDX INV (VFINK) | A | Dividend | J | T | Sold (part) | 03/19/18 | J | | |
| 33. Bank of America Checking Account X | A | Interest | J | T | | | | | |
| 34. Suncoast Credit Union Savings Account X | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII  Line 1    Reflects the amount of my distribution from the sale of real estate by Cawthon Oil Company.  Cawthon Oil Company was closed and Articles of Dissolution were filed with state of Florida on September 1, 2017.  However a final distribution of funds was not made until February, 2018.

VII Lines 5 & 6   Powershares (PGX) changed its name to Invesco (PGX) on June 6, 2018

VII Lines 18, 19, 21, 23, 25, 27  & 29   are assets in a Morgan Stanley Unified Managed Account. Clearbridge (line 18) contains stocks; EV Floating Rate (line 19),  Invesco Premier Inst (line 21) , John Hancock Intl Growth (line 23), JP Morgan Equity Income (line 25) and Lazard US EQ Concentrd Inst (line 27) are mutual funds; and FT Preferred Secur & Inc. ETF (line 29) is  an ETF.          They are broker managed accounts, and I do not control the selection of the assets beyond selecting a risk category.   Therefore I did not list the underlying assets.

VII Lines 20, 22, 24,26, 28, & 30 reflect the partial sale of assets for my required IRA distribution.

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C. | 05/3/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan C. Bucklew**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544